# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL WILLETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:15-cv-02038 |
| vs. ) | |
| ) | |
| CHICAGO TERMINAL RAILROAD ) | |
| COMPANY ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL

Now come the parties by their respective attorneys, and stipulate that this case shall be dismissed with prejudice and each side to bear their own attorneys' fees and costs.

IT IS FURTHER STIPULATED AND AGREED that an Order pursuant to the foregoing may be entered of record without further notice to either party, upon the presentation of this Stipulation.

| | |
|---|---|
| /s/ Jacob C. Murov | /s/ Robert H. Smeltzer |
| Nelson G. Wolff #6211943 | Robert H. Smeltzer #6208507 |
| Jacob C. Murov #6283592 | Brian R. Orr #6283677 |
| Schlichter, Bogard & Denton | Lowis & Gellen LLP |
| 100 South Fourth Street | 200 West Adams Street, Suite 1900 |
| St. Louis, Missouri 63102 | Chicago, Illinois 60606 |
| Telephone: (314) 621-6115 | Telephone: (312) 364-2500 |
| Fax: (314) 621-7151 | Fax: (312) 364-1003 |
| nwolff@uselaws.com | rsmeltzer@lowis-gellen.com |
| jmurov@uselaws.com | borr@lowis-gellen.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of October 2015, a true and correct copy of the above was filed with the Court via the CM/ECF system, which will provide service to the following counsel of record:

Robert H. Smeltzer
Brian R. Orr
Lowis &Gellen LLP
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
rsmeltzer@lowis-gellen.com
borr@lowis-gellen.com

*Attorneys for Defendant Chicago Terminal Railroad Company*

                          /s/Jacob C. Murov